UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**TACTICAL RIFLES, INC.,**

    **Plaintiff,**

v.            Case No:  6:14-cv-202-Orl-36GJK

**MARC SOULIE, FRANK GALLI and
SNIPERS HIDE, LLC.,**

    **Defendants.**
_____/

## O R D E R

This cause comes before the Court on the Court's Order to Show Cause, entered on February 10, 2014 (Doc. 7). On February 21, 2014, Plaintiff filed a Response to the Order to Show Cause (Doc. 11). Upon review of Plaintiff's Response and the Amended Complaint (Doc.8), it appears that the Court has subject matter jurisdiction over this matter. Accordingly, the Court will take no further action on the Order to Show Cause and it is discharged.

**DONE AND ORDERED** in Orlando, Florida on June 18, 2014.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**COPIES TO**:
COUNSEL OF RECORD AND UNREPRESENTED PARTIES, IF ANY